# EXHIBIT 1

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Thursday, August 14, 2014 6:15 AM |
| **To:** | 'Michael Baker - Harber' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'ops@bromar.com.cn'; renee@bromar.com.cn; charteringsuntime@163.com |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 - Arbitration |
| **Attachments:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration ; mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration |

Dear Sir

We refer to your appointment on behalf of Owners in this reference.

Owners appointed you as their arbitrator on 1 July 2014. Notice of your appointment was given to the Charterers on the same day, and Charterers were invited to agree to your appointment as sole arbitrator, or appoint their own arbitrator within 14 days of that date i.e. 15 July 2014. Charterers failed to do so.

Accordingly, on 16 July 2014, Owners wrote to Charterers in accordance with section 17(1) of the Arbitration Act 1996, notifying Charterers that unless they appointed their own arbitrator within 7 clear days of that date i.e. within Monday 28 July 2014, you would be appointed as sole arbitrator in this reference, without further notice.

Having received no response to that message, we can confirm that you shall act as sole arbitrator in this reference. We have copied Charterers into this message.

All relevant correspondence is attached.

Kind regards

**Sarah Valentine**
**Associate**
**Shipping Group**
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

1

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "OWL", Owl Shipping LLC ("Owners") in relation to a charterparty dated 18 June 2014 ("Charterparty").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:
Mr Michael Baker-Harber
16 Eaton Mews South
London, SW1W 9HP
United Kingdom

Work Tel: +44 (0)20 7245 6294
Work Fax: +44 (0)20 7838 9434
mbh@mbhard.fsnet.co.uk<mailto:mbh@mbhard.fsnet.co.uk>

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.
We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.
All of the Owners' rights are reserved.
Kindly acknowledge receipt of this notice.
Kind regards

Reed Smith LLP

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com

1

+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Wednesday, July 16, 2014 8:30 AM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; charteringsuntime@163.com |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration |
| **Attachments:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration

We refer to the attached notice of arbitration sent on our clients' behalf on 1 July 2014 (the "Notice").

Pursuant to the Notice, Charterers had until yesterday, 15 July 2014 either to agree that Mr Baker-Harber shall act as the sole arbitrator in this reference, or to appoint their own arbitrator. We have had no response to the Notice.

Accordingly, in accordance with section 17(1) of the Arbitration Act 1996, Charterers are hereby notified that unless they appoint their own arbitrator within 7 clear days of today's date, i.e. within Monday 28 July 2014, Mr Baker-Harber shall be appointed as sole arbitrator in this reference, without any further notice to Charterers.

Kind regards

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

**mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration**

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "OWL", Owl Shipping LLC ("**Owners**") in relation to a charterparty dated 18 June 2014 ("**Charterparty**").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:

**Mr Michael Baker-Harber**
**16 Eaton Mews South**
**London, SW1W 9HP**
**United Kingdom**


**Work Tel: +44 (0)20 7245 6294**
**Work Fax: +44 (0)20 7838 9434**
**mbh@mbhard.fsnet.co.uk**

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.

We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.

All of the Owners' rights are reserved.

Kindly acknowledge receipt of this notice.

Kind regards

Reed Smith LLP

+++

1

Kind regards

**Sarah Valentine**
**Associate**
**Shipping Group**
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "ORIOLE", Oriole Shipping LLC ("Owners") in relation to a charterparty dated 13 June 2014 ("Charterparty").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:
Mr Michael Baker-Harber
16 Eaton Mews South
London, SW1W 9HP
United Kingdom

Work Tel: +44 (0)20 7245 6294
Work Fax: +44 (0)20 7838 9434
mbh@mbhard.fsnet.co.uk<mailto:mbh@mbhard.fsnet.co.uk>

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.
We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.
All of the Owners' rights are reserved.
Kindly acknowledge receipt of this notice.
Kind regards

Reed Smith LLP

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com

1

+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Thursday, August 14, 2014 6:17 AM |
| **To:** | 'Michael Baker - Harber' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'ops@bromar.com.cn'; renee@bromar.com.cn; charteringsuntime@163.com |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 - Arbitration |
| **Attachments:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration ; mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sir

We refer to your appointment on behalf of Owners in this reference.

Owners appointed you as their arbitrator on 1 July 2014. Notice of your appointment was given to the Charterers on the same day, and Charterers were invited to agree to your appointment as sole arbitrator, or appoint their own arbitrator within 14 days of that date i.e. 15 July 2014. Charterers failed to do so.

Accordingly, on 16 July 2014, Owners wrote to Charterers in accordance with section 17(1) of the Arbitration Act 1996, notifying Charterers that unless they appointed their own arbitrator within 7 clear days of that date i.e. within Monday 28 July 2014, you would be appointed as sole arbitrator in this reference, without further notice.

Having received no response to that message, we can confirm that you shall act as sole arbitrator in this reference. We have copied Charterers into this message.

All relevant correspondence is attached.

Kind regards

**Sarah Valentine**
**Associate**
**Shipping Group**
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Wednesday, July 16, 2014 8:30 AM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; charteringsuntime@163.com |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |
| **Attachments:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration

We refer to the attached notice of arbitration sent on our clients' behalf on 1 July 2014 (the "Notice").

Pursuant to the Notice, Charterers had until yesterday, 15 July 2014 either to agree that Mr Baker-Harber shall act as the sole arbitrator in this reference, or to appoint their own arbitrator. We have had no response to the Notice.

Accordingly, in accordance with section 17(1) of the Arbitration Act 1996, Charterers are hereby notified that unless they appoint their own arbitrator within 7 clear days of today's date, i.e. within Monday 28 July 2014, Mr Baker-Harber shall be appointed as sole arbitrator in this reference, without any further notice to Charterers.

Kind regards

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

1

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

**mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration**

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "ORIOLE", Oriole Shipping LLC (**"Owners"**) in relation to a charterparty dated 13 June 2014 (**"Charterparty"**).

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:

**Mr Michael Baker-Harber**
**16 Eaton Mews South**
**London, SW1W 9HP**
**United Kingdom**


**Work Tel: +44 (0)20 7245 6294**
**Work Fax: +44 (0)20 7838 9434**
**mbh@mbhard.fsnet.co.uk**

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.

We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.

All of the Owners' rights are reserved.

Kindly acknowledge receipt of this notice.

Kind regards

Reed Smith LLP

+++

Kind regards

**Sarah Valentine**
**Associate**
**Shipping Group**
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "ORIOLE", Oriole Shipping LLC ("Owners") in relation to a charterparty dated 13 June 2014 ("Charterparty").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:
Mr Michael Baker-Harber
16 Eaton Mews South
London, SW1W 9HP
United Kingdom

Work Tel: +44 (0)20 7245 6294
Work Fax: +44 (0)20 7838 9434
mbh@mbhard.fsnet.co.uk<mailto:mbh@mbhard.fsnet.co.uk>

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.
We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.
All of the Owners' rights are reserved.
Kindly acknowledge receipt of this notice.
Kind regards

Reed Smith LLP

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com

1

+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Marygrace Tirollo**

| | |
|---|---|
| **From:** | Valentine, Sarah [SValentine@ReedSmith.com] |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "ORIOLE" – Charterparty dated 13 June 2014 – Notice of Arbitration

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "ORIOLE", Oriole Shipping LLC ("Owners") in relation to a charterparty dated 13 June 2014 ("Charterparty").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:
Mr Michael Baker-Harber
16 Eaton Mews South
London, SW1W 9HP
United Kingdom

Work Tel: +44 (0)20 7245 6294
Work Fax: +44 (0)20 7838 9434
mbh@mbhard.fsnet.co.uk<mailto:mbh@mbhard.fsnet.co.uk>

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.
We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.
All of the Owners' rights are reserved.
Kindly acknowledge receipt of this notice.
Kind regards

Reed Smith LLP

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com

+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Thomas L. Tisdale**

| | |
|---|---|
| **From:** | Valentine, Sarah <SValentine@ReedSmith.com> |
| **Sent:** | Tuesday, July 01, 2014 12:27 PM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'charteringsuntime@163.com' |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration

This is Reed Smith, London. Kindly take note of our instructions for the owners of the mv "OWL", Owl Shipping LLC ("Owners") in relation to a charterparty dated 18 June 2014 ("Charterparty").

Pursuant to Clause 45 of the Charterparty, please be informed that on behalf of Owners we have appointed Mr Michael Baker-Harber as Owners' arbitrator in respect of any and all disputes arising between Owners and Dalian Suntime Int'l Transportation Co., Limited., as Charterers, under or in connection with the Charterparty. Mr Baker-Harber's contact details are as follows:
Mr Michael Baker-Harber
16 Eaton Mews South
London, SW1W 9HP
United Kingdom

Work Tel: +44 (0)20 7245 6294
Work Fax: +44 (0)20 7838 9434
mbh@mbhard.fsnet.co.uk<mailto:mbh@mbhard.fsnet.co.uk>

Mr Baker-Harber is a member of the LMAA and the Baltic Exchange.
We hereby call upon Charterers to either agree that Mr Baker-Harber shall act as the sole arbitrator in this reference or appoint their own arbitrator within 14 days of this notice.
All of the Owners' rights are reserved.
Kindly acknowledge receipt of this notice.
Kind regards

Reed Smith LLP

+++

Kind regards

Sarah Valentine
Associate

1

Shipping Group
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

## Thomas L. Tisdale

| | |
|---|---|
| **From:** | Valentine, Sarah <SValentine@ReedSmith.com> |
| **Sent:** | Wednesday, July 16, 2014 8:30 AM |
| **To:** | 'ops@bromar.com.cn'; 'renee@bromar.com.cn' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; charteringsuntime@163.com |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration |
| **Attachments:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration |

Dear Sirs

Please pass the following to Charterers, Dalian Suntime Int'l Transportation Co., Limited.

+++

Dear Sirs

mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration

We refer to the attached notice of arbitration sent on our clients' behalf on 1 July 2014 (the "Notice").

Pursuant to the Notice, Charterers had until yesterday, 15 July 2014 either to agree that Mr Baker-Harber shall act as the sole arbitrator in this reference, or to appoint their own arbitrator. We have had no response to the Notice.

Accordingly, in accordance with section 17(1) of the Arbitration Act 1996, Charterers are hereby notified that unless they appoint their own arbitrator within 7 clear days of today's date, i.e. within Monday 28 July 2014, Mr Baker-Harber shall be appointed as sole arbitrator in this reference, without any further notice to Charterers.

Kind regards

+++

Kind regards

Sarah Valentine
Associate
Shipping Group
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**Thomas L. Tisdale**

| | |
|---|---|
| **From:** | Valentine, Sarah <SValentine@ReedSmith.com> |
| **Sent:** | Thursday, August 14, 2014 6:15 AM |
| **To:** | 'Michael Baker - Harber' |
| **Cc:** | Weller, Charles G.; Underhill, Sally-Ann S.; 'ops@bromar.com.cn'; renee@bromar.com.cn; charteringsuntime@163.com |
| **Subject:** | mv "OWL" – Charterparty dated 18 June 2014 - Arbitration |
| **Attachments:** | mv "OWL" – Charterparty dated 18 June 2014 - Notice of Arbitration ; mv "OWL" – Charterparty dated 18 June 2014 – Notice of Arbitration |

Dear Sir

We refer to your appointment on behalf of Owners in this reference.

Owners appointed you as their arbitrator on 1 July 2014. Notice of your appointment was given to the Charterers on the same day, and Charterers were invited to agree to your appointment as sole arbitrator, or appoint their own arbitrator within 14 days of that date i.e. 15 July 2014. Charterers failed to do so.

Accordingly, on 16 July 2014, Owners wrote to Charterers in accordance with section 17(1) of the Arbitration Act 1996, notifying Charterers that unless they appointed their own arbitrator within 7 clear days of that date i.e. within Monday 28 July 2014, you would be appointed as sole arbitrator in this reference, without further notice.

Having received no response to that message, we can confirm that you shall act as sole arbitrator in this reference. We have copied Charterers into this message.

All relevant correspondence is attached.

Kind regards

**Sarah Valentine**
**Associate**
**Shipping Group**
svalentine@reedsmith.com
+44 (0)20 3116 2870

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com